PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

**FILED**

NOV 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 1:03CR05463-02 |
| ) | |
| **Jose Manuel ORIGEL, JR.** ) | |
| ) | |

On October 24, 2005, the above-named was sentenced to 60 months custody of the Bureau of Prisons with a 60-month term of supervised release to follow (which commenced on July 25, 2008). He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH**
**United States Probation Officer**

Dated:   November 4, 2010
         Modesto, California
         SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**

Re:   Jose Manuel ORIGEL, JR.
      Docket Number:   1:03CR05463-02
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Jose Manuel Origel, Jr. be discharged from supervised release, and that the proceedings in the case be terminated.

_11-12-10_
Date

_[signature]_
Honorable Anthony W. Ishii
Chief United States District Judge

SKD:lr
Attachment:   Recommendation
cc:   United States Attorney's Office